IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>Charles Muszynski<br><br>xx-xx-1273<br><br>Debtor(s) | CASE NO. 23-02870-MCF7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON SEP/15/2023 |

ORDER

The court orders STRICKEN FROM THE RECORD IN ITS ENTIRETY the United States Trustee's notice on Docket No. 92. The court clarifies that the last day to oppose the discharge or challenge whether certain debts are dischargeable was already extended to October 23, 2023 (Docket No. 81). The deadline to object to exemptions has expired. The 341 Meeting of Creditors was concluded on June 30, 2023 and entered on the docket on July 12, 2023. If the current trustee wishes to examine the Debtor, he may avail himself of the Rule 2004 examination.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of September, 2023.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge