IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>Charles Muszynski<br><br><br><br>xx-xx-1273<br><br><br>Debtor(s) | CASE NO. 23-02870-MCF7<br>Chapter 7<br><br><br><br><br><br><br>FILED & ENTERED ON SEP/19/2023 |

ORDER

    Kerry Culpepper is ordered to supplement, within seven (7) days, his application to appear pro hac vice with evidence of fee receipt from the District Court pursuant to LBR 2090-1(c).

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 19 day of September, 2023.

*[signature: Mildred Cabán]*

Mildred Caban Flores
United States Bankruptcy Judge