# UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

| IN RE: Charles Muszynski  xx-xx-1273                Debtor | Case No. 23-02870-MCF7  Chapter 7 |
|---|---|

## MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COURT:**

    **COMES NOW**, Kerry S. Culpepper, Applicant herein, states as follows:

1. On September 18, 2023, Applicant filed his Application and Order for Admission PRO HAC VICE. (the "Application", Docket No. 97).

2. On September 19, 2023, the Court ordered Applicant to supplement his Application with the evidence of fee receipt from the United States District Court for the District of Puerto Rico. (Docket No. 98).

3. Applicant herein submits as **Exhibit 1** the receipt of payment of the PRO HAC VICE fee from the United States District Court for the District of Puerto Rico.

    **WHEREFORE**, applicant respectfully requests that this Honorable Court take notice of Applicant compliance with the Order entered at Docket No. 98.

    **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 20th day of September, 2023.

    **WE HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                                    C. CONDE & ASSOC.
                                                                    San Jose Street #254, 5th Floor
                                                                    San Juan, PR 00901-1253
                                                                    Tel: (787) 729-2900

Fax: (787) 729-2203
Email: condecarmen@condelaw.com
*S/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No.: 207312

*S/William J. Alemañy*
William J. Alemañy, Esq.
USDC No.: 305201

*S/Kerry S. Culpepper*
Kerry S. Culpepper, Esq.
CULPEPPER IP, LLC
75-170 Hualalai Road
Suite B204
Kailua-Kona, Hawaii 96740
kculpepper@culpepperip.com



EXHIBIT 1



# U.S. District Court

## United States District Court

Receipt Date: Sep 20, 2023 11:51AM

C. CONDE AND ASSOCIATES
254 SAN JOSE STREET
SUITE 5
SAN JUAN, PR 00901

Rcpt. No: 107552        Trans. Date: Sep 20, 2023 11:51AM        Cashier ID: #VD

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DPRX197NA000003 /002<br>CLERK USDC | 1 | 300.00 | 300.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #0901 | 09/19/2023 | | $300.00 |
| | | | Total Due Prior to Payment: | | $300.00 |
| | | | Total Tendered: | | $300.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 23-2870-MCF7 PRO HAC VICE OF KERRY S. CULPEPPER THRU 207312 CARMEN D. CONDE-TORRES, ESQ. RE: DKT. 97

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.