```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                       THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>Charles Muszynski<br><br>xx-xx-1273<br><br>Debtor(s) | CASE NO. 23-02870-MCF7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON SEP/21/2023 |

ORDER

The Application for Admission Pro Hac Vice filed by Kerry S Culpepper (docket #97) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21 day of September, 2023.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge