DeBN−Yes, FeeDueINST, APPEAL

# U.S. Bankruptcy Court
## District of Puerto Rico (Old San Juan)
## Bankruptcy Petition #: 23−02870−MCF7

*Assigned to:* US BANKRUPTCY JUDGE MILDRED
CABAN FLORES
Chapter 7
Voluntary
No asset

*Date filed:* 05/11/2023
*Date transferred:* 09/12/2023
*341 meeting:* 10/17/2023
*Deadline for objecting to discharge:* 12/18/2023

---

**Debtor**
**Charles Muszynski**
PO Box 1423
Basseterre
St. Kitts & Nevis
POLK−TX
West Indies
424−333−0569
SSN / ITIN: xxx−xx−1273

represented by **Charles Muszynski**
PRO SE

---

**Trustee**
**ROBERTO ROMAN VALENTIN**
US TRUSTEES OFFICE
PO BOX 9024003
SAN JUAN, PR 00902−4003
787−740−6011

---

**U.S. Trustee**
**US TRUSTEE**
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901−1922

---

**U.S. Trustee**
**UNITED STATES TRUSTEE**
500 TANCA ST STE 301
SAN JUAN, PR 00901−1922

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 05/11/2023 | | 1 | Chapter 7 Voluntary Petition. With Schedules, Statements, and all other required documents. Filing Fee 338. Filed by Charles Muszynski (srb) Additional attachment(s) added on 5/12/2023 (srb). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/12/2023) |
| 05/12/2023 | | 2 | Proof of Filer's Identification and Copy of Statement of SSN (Attachments: # 1 Copy of Statement of SSN) (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/12/2023) |
| 05/12/2023 | | 3 | Application to Waive Filing Fee in a Chapter 7 Case. Filed by Charles Muszynski (Attachments: # 1 Proposed Order) (srb) [Transferred from |

1

| | | | |
|---|---|---|---|
| | | | Texas Eastern on 9/12/2023.] (Entered: 05/12/2023) |
| 05/12/2023 | | 4 | Meeting of Creditors 341(a) meeting to be held on 6/2/2023 at 10:30 AM at Telephonic Dial−In Information at https://www.txeb.uscourts.gov/341info. Last day to oppose discharge is 8/1/2023. (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/12/2023) |
| 05/12/2023 | | 5 | Order Denying Debtor's Application For Extension of Time To Meet Credit Counseling Requirement *(RE: related document(s)1 Chapter 7 Voluntary Petition. With Schedules, Statements, and all other required documents. Filing Fee 338. Filed by Charles Muszynski).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/12/2023) |
| 05/14/2023 | | 6 | BNC Certificate of Mailing − Notice of Meeting of Creditors. *(RE: related document(s)4 Meeting of Creditors 341(a) meeting to be held on 6/2/2023 at 10:30 AM at Telephonic Dial−In Information at https://www.txeb.uscourts.gov/341info. Last day to oppose discharge is 8/1/2023. (srb)).* Notice Date 05/14/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/14/2023) |
| 05/14/2023 | | 7 | Certificate Of Mailing *(RE: related document(s)5 Order Denying Debtor's Application For Extension of Time To Meet Credit Counseling Requirement (RE: related document(s)1 Chapter 7 Voluntary Petition. With Schedules, Statements, and all other required documents. Filing Fee 338. Filed by Charles Muszynski). (srb)).* Notice Date 05/14/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/14/2023) |
| 05/15/2023 | | 8 | Order Denying Application to Waive Filing Fee in a Chapter 7 Case But Allowing Payment In Installments *(RE: related document(s)3 Application to Waive Filing Fee in a Chapter 7 Case. Filed by Charles Muszynski).* First Installment Payment due by 6/12/2023. Second Installment Payment due by 7/10/2023. Third Installment Payment due by 8/9/2023. Final Installment Payment due by 9/8/2023. (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/15/2023) |
| 05/17/2023 | | 9 | Certificate Of Mailing *(RE: related document(s)8 Order Denying Application to Waive Filing Fee in a Chapter 7 Case But Allowing Payment In Installments (RE: related document(s)3 Application to Waive Filing Fee in a Chapter 7 Case. Filed by Charles Muszynski). First Installment Payment due by 6/12/2023. Second Installment Payment due by 7/10/2023. Third Installment Payment due by 8/9/2023. Final Installment Payment due by 9/8/2023. (srb)).* Notice Date 05/17/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/17/2023) |
| 05/22/2023 | | 10 | First Motion by (Attorney: Kerry S. Culpepper) to Appear Pro Hac Vice Filed by CULPEPPER IP, LLLC, 42 VENTURES, LLC, SCREEN MEDIA VENTURES, LLC, HITMAN TWO PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC, PARADOX STUDIOS, LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, JUSTICE EVERYWHERE PRODUCTIONS LLC, HANNIBAL CLASSICS INC., DEFINITION DELAWARE LLC, GLACIER FILMS 1, LLC, OUTPOST PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., WONDER ONE, LLC, NIKOLA PRODUCTIONS, INC., SPEED KILLS PRODUCTIONS, INC., SF FILM, LLC, MON, LLC, RUPTURE CAL, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, LHF PRODUCTIONS, INC., LF2 PRODUCTIONS, INC., BADHOUSE STUDIOS, LLC, KILLING |

| | | | |
|---|---|---|---|
| | | | LINK DISTRIBUTION, LLC, I AM WRATH PRODUCTION, INC., MILLENNIUM IP, INC., FW PRODUCTIONS, LLC, FSMQ FILM, LLC, YAR PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, MILLENNIUM MEDIA, INC., BEDEVILED LLC, MORGAN CREEK PRODUCTIONS, INC., AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., VOLTAGE HOLDINGS, LLC, MILLENNIUM FUNDING, INC. (Culpepper, Kerry) Additional attachment(s) added on 5/23/2023 (srb). Additional attachment(s) added on 5/31/2023 (srb). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/22/2023) |
| 05/25/2023 | | 11 | Notice of Intent to Strike Deficient Proof of Claim 1 From Claims Registry. Amended Claim or Withdrawal of Claim Due By: 06/8/2023. (jj) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/25/2023) |
| 05/25/2023 | | 12 | Application to Serve as Attorney for Trustee Filed by Stephen J. Zayler (Attachments: # 1 Affidavit # 2 Service List # 3 Proposed Order) (Zayler, Stephen) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/25/2023) |
| 05/27/2023 | | 13 | Certificate Of Mailing *(RE: related document(s)11 Notice of Intent to Strike Deficient Proof of Claim 1 From Claims Registry. Amended Claim or Withdrawal of Claim Due By: 06/8/2023. (jj)).* Notice Date 05/27/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/27/2023) |
| 05/30/2023 | | | Due to the Filing of an Amended Proof of Claim, the Notice of Intent to Strike Deficient Proof of Claim 1 is Now Moot. *(RE: related document(s)11 Notice of Intent to Strike Deficient Proof of Claim 1 From Claims Registry.).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/30/2023) |
| 05/30/2023 | | 14 | Notice of Debtor Change of Address Filed by Charles Muszynski (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/30/2023) |
| 05/30/2023 | | 15 | Amended Creditor Matrix, Adding Creditors (Fee Not Paid) Filed by Charles Muszynski (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/30/2023) |
| 05/30/2023 | | 16 | Objection Filed by Charles Muszynski *(RE: related document(s)10 First Motion by (Attorney: Kerry S. Culpepper) to Appear Pro Hac Vice Filed by CULPEPPER IP, LLLC, 42 VENTURES, LLC, SCREEN MEDIA VENTURES, LLC, HITMAN TWO PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC, PARADOX STUDIOS, LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, JUSTICE EVERYWHERE PRODUCTIONS LLC, HANNIBAL CLASSICS INC., DEFINITION DELAWARE LLC, GLACIER FILMS 1, LLC, OUTPOST PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., WONDER ONE, LLC, NIKOLA PRODUCTIONS, INC., SPEED KILLS PRODUCTIONS, INC., SF FILM, LLC, MON, LLC, RUPTURE CAL, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, LHF PRODUCTIONS, INC., LF2 PRODUCTIONS, INC., BADHOUSE STUDIOS, LLC, KILLING LINK DISTRIBUTION, LLC, I AM WRATH PRODUCTION, INC., MILLENNIUM IP, INC., FW PRODUCTIONS, LLC, FSMQ FILM, LLC, YAR PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, MILLENNIUM MEDIA, INC., BEDEVILED LLC, MORGAN CREEK PRODUCTIONS, INC., AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., VOLTAGE HOLDINGS, LLC, MILLENNIUM FUNDING, INC. (Culpepper, Kerry) Additional attachment(s) added on 5/23/2023 (srb).* |

| | | | |
|---|---|---|---|
| | | | *filed by Creditor MILLENNIUM FUNDING, INC., Creditor VOLTAGE HOLDINGS, LLC, Creditor AMBI DISTRIBUTION CORP., Creditor AFTER PRODUCTIONS, LLC, Creditor AFTER II MOVIE, LLC, Creditor MORGAN CREEK PRODUCTIONS, INC., Creditor BEDEVILED LLC, Creditor MILLENNIUM MEDIA, INC., Creditor COLOSSAL MOVIE PRODUCTIONS, LLC, Creditor YAR PRODUCTIONS, INC., Creditor FSMQ FILM, LLC, Creditor FW PRODUCTIONS, LLC, Creditor MILLENNIUM IP, INC., Creditor I AM WRATH PRODUCTION, INC., Creditor KILLING LINK DISTRIBUTION, LLC, Creditor BADHOUSE STUDIOS, LLC, Creditor LF2 PRODUCTIONS, INC., Creditor LHF PRODUCTIONS, INC., Creditor VENICE PI, LLC, Creditor RAMBO V PRODUCTIONS, INC., Creditor RUPTURE CAL, INC., Creditor MON, LLC, Creditor SF FILM, LLC, Creditor SPEED KILLS PRODUCTIONS, INC., Creditor NIKOLA PRODUCTIONS, INC., Creditor WONDER ONE, LLC, Creditor BODYGUARD PRODUCTIONS, INC., Creditor OUTPOST PRODUCTIONS, INC., Creditor GLACIER FILMS 1, LLC, Creditor DEFINITION DELAWARE LLC, Creditor HANNIBAL CLASSICS INC., Creditor JUSTICE EVERYWHERE PRODUCTIONS LLC, Creditor STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, Creditor PARADOX STUDIOS, LLC, Creditor DALLAS BUYERS CLUB, LLC, Creditor HITMAN TWO PRODUCTIONS, INC., Creditor SCREEN MEDIA VENTURES, LLC, Creditor 42 VENTURES, LLC, Creditor CULPEPPER IP, LLLC).* (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3a # 4 Exhibit 3b # 5 Exhibit 3c # 6 Exhibit 4) (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/30/2023) |
| 05/30/2023 | | | Proposed Order or Judgment Submitted At Clerk's Direction RE: 10 Motion to Appear Pro Hac Vice UPLOADED 2023−05−30 13:50 [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/30/2023) |
| 05/31/2023 | | 17 | Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida Filed by Kerry S Culpepper (Attachments: # 1 Declaration of Kerry S. Culpepper # 2 Exhibit "A" # 3 Exhibit "B" # 4 Exhibit "C" # 5 Exhibit "D" # 6 Exhibit "E" # 7 Exhibit "F" # 8 Exhibit "G" # 9 Proposed Order) (Culpepper, Kerry) Modified on 6/1/2023 (srb). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/31/2023) |
| 05/31/2023 | | | Receipt of Motion for Relief From Automatic Stay( 23−90112) [motion,mrlfsty] ( 188.00) filing fee. Receipt number A12884890, amount $ 188.00. (U.S. Treasury) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 05/31/2023) |
| 06/02/2023 | | | Meeting of Creditors Continued on 6/30/2023 at 12:00 PM at Telephonic Dial−In Information at https://www.txeb.uscourts.gov/341info. (Zayler, Stephen) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/02/2023) |
| 06/02/2023 | | 18 | Certificate of Credit Counseling Filed by Charles Muszynski (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/02/2023) |
| 06/02/2023 | | 19 | Financial Management Course Certificate (Contains credit counseling certificate number not financial management number) Filed by Charles Muszynski (md) Modified on 6/7/2023 (srb). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/02/2023) |
| 06/02/2023 | | 21 | Statement of Social Security Number(s) (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/07/2023) |

| | | | |
|---|---|---|---|
| 06/02/2023 | | | Declaration Regarding Electronic Filing (Self−Represented Individual) *(RE: related document(s)1 Chapter 7 Voluntary Petition. With Schedules, Statements, and all other required documents.).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/07/2023) |
| 06/06/2023 | | 20 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Conducted or filed a document required by rule or statute related to a meeting of creditors required by 11 U.S.C. Section 341. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 6/6/2023). *(RE: related document(s) Meeting of Creditors Continued on 6/30/2023 at 12:00 PM at Telephonic Dial−In Information at https://www.txeb.uscourts.gov/341info.).* Filed by Stephen J. Zayler (Zayler, Stephen) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/06/2023) |
| 06/08/2023 | | 22 | Order Approving Application For Admission Pro Hac Vice *(RE: related document(s)10 First Motion by (Attorney: Kerry S. Culpepper) to Appear Pro Hac Vice Filed by CULPEPPER IP, LLLC, 42 VENTURES, LLC, SCREEN MEDIA VENTURES, LLC, HITMAN TWO PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC, PARADOX STUDIOS, LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, JUSTICE EVERYWHERE PRODUCTIONS LLC, HANNIBAL CLASSICS INC., DEFINITION DELAWARE LLC, GLACIER FILMS 1, LLC, OUTPOST PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., WONDER ONE, LLC, NIKOLA PRODUCTIONS, INC., SPEED KILLS PRODUCTIONS, INC., SF FILM, LLC, MON, LLC, RUPTURE CAL, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, LHF PRODUCTIONS, INC., LF2 PRODUCTIONS, INC., BADHOUSE STUDIOS, LLC, KILLING LINK DISTRIBUTION, LLC, I AM WRATH PRODUCTION, INC., MILLENNIUM IP, INC., FW PRODUCTIONS, LLC, FSMQ FILM, LLC, YAR PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, MILLENNIUM MEDIA, INC., BEDEVILED LLC, MORGAN CREEK PRODUCTIONS, INC., AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., VOLTAGE HOLDINGS, LLC, MILLENNIUM FUNDING, INC. (Culpepper, Kerry) Additional attachment(s) added on 5/23/2023 (srb). Additional attachment(s) added on 5/31/2023 (srb). filed by Creditor MILLENNIUM FUNDING, INC., Creditor VOLTAGE HOLDINGS, LLC, Creditor AMBI DISTRIBUTION CORP., Creditor AFTER PRODUCTIONS, LLC, Creditor AFTER II MOVIE, LLC, Creditor MORGAN CREEK PRODUCTIONS, INC., Creditor BEDEVILED LLC, Creditor MILLENNIUM MEDIA, INC., Creditor COLOSSAL MOVIE PRODUCTIONS, LLC, Creditor YAR PRODUCTIONS, INC., Creditor FSMQ FILM, LLC, Creditor FW PRODUCTIONS, LLC, Creditor MILLENNIUM IP, INC., Creditor I AM WRATH PRODUCTION, INC., Creditor KILLING LINK DISTRIBUTION, LLC, Creditor BADHOUSE STUDIOS, LLC, Creditor LF2 PRODUCTIONS, INC., Creditor LHF PRODUCTIONS, INC., Creditor VENICE PI, LLC, Creditor RAMBO V PRODUCTIONS, INC., Creditor RUPTURE CAL, INC., Creditor MON, LLC, Creditor SF FILM, LLC, Creditor SPEED KILLS PRODUCTIONS, INC., Creditor NIKOLA PRODUCTIONS, INC., Creditor WONDER ONE, LLC, Creditor BODYGUARD PRODUCTIONS, INC., Creditor OUTPOST PRODUCTIONS, INC., Creditor GLACIER FILMS 1, LLC, Creditor DEFINITION DELAWARE LLC, Creditor HANNIBAL CLASSICS INC., Creditor JUSTICE EVERYWHERE PRODUCTIONS LLC, Creditor STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, Creditor PARADOX STUDIOS, LLC, Creditor DALLAS BUYERS CLUB, LLC, Creditor HITMAN TWO PRODUCTIONS, INC., Creditor SCREEN MEDIA VENTURES, LLC, Creditor 42 VENTURES, LLC, Creditor CULPEPPER IP, LLLC).* (srb) [Transferred from Texas Eastern on |

| | | | |
|---|---|---|---|
| | | | 9/12/2023.] (Entered: 06/08/2023) |
| 06/08/2023 | | 23 | Joinder in Support *of Motion to Lift Automatic Stay* Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. *(RE: related document(s)17 First Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement As To filed by Creditor Kerry S Culpepper).* (Culpepper, Kerry) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/08/2023) |
| 06/10/2023 | | 24 | Certificate Of Mailing *(RE: related document(s)22 Order Approving Application For Admission Pro Hac Vice (RE: related document(s)10 First Motion by (Attorney: Kerry S. Culpepper) to Appear Pro Hac Vice Filed by CULPEPPER IP, LLLC, 42 VENTURES, LLC, SCREEN MEDIA VENTURES, LLC, HITMAN TWO PRODUCTIONS, INC., DALLAS BUYERS CLUB, LLC, PARADOX STUDIOS, LLC, STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, JUSTICE EVERYWHERE PRODUCTIONS LLC, HANNIBAL CLASSICS INC., DEFINITION DELAWARE LLC, GLACIER FILMS 1, LLC, OUTPOST PRODUCTIONS, INC., BODYGUARD PRODUCTIONS, INC., WONDER ONE, LLC, NIKOLA PRODUCTIONS, INC., SPEED KILLS PRODUCTIONS, INC., SF FILM, LLC, MON, LLC, RUPTURE CAL, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, LHF PRODUCTIONS, INC., LF2 PRODUCTIONS, INC., BADHOUSE STUDIOS, LLC, KILLING LINK DISTRIBUTION, LLC, I AM WRATH PRODUCTION, INC., MILLENNIUM IP, INC., FW PRODUCTIONS, LLC, FSMQ FILM, LLC, YAR PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, MILLENNIUM MEDIA, INC., BEDEVILED LLC, MORGAN CREEK PRODUCTIONS, INC., AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., VOLTAGE HOLDINGS, LLC, MILLENNIUM FUNDING, INC. (Culpepper, Kerry) Additional attachment(s) added on 5/23/2023 (srb). Additional attachment(s) added on 5/31/2023 (srb). filed by Creditor MILLENNIUM FUNDING, INC., Creditor VOLTAGE HOLDINGS, LLC, Creditor AMBI DISTRIBUTION CORP., Creditor AFTER PRODUCTIONS, LLC, Creditor AFTER II MOVIE, LLC, Creditor MORGAN CREEK PRODUCTIONS, INC., Creditor BEDEVILED LLC, Creditor MILLENNIUM MEDIA, INC., Creditor COLOSSAL MOVIE PRODUCTIONS, LLC, Creditor YAR PRODUCTIONS, INC., Creditor FSMQ FILM, LLC, Creditor FW PRODUCTIONS, LLC, Creditor MILLENNIUM IP, INC., Creditor I AM WRATH PRODUCTION, INC., Creditor KILLING LINK DISTRIBUTION, LLC, Creditor BADHOUSE STUDIOS, LLC, Creditor LF2 PRODUCTIONS, INC., Creditor LHF PRODUCTIONS, INC., Creditor VENICE PI, LLC, Creditor RAMBO V* |

| | | | |
|---|---|---|---|
| | | | *PRODUCTIONS, INC., Creditor RUPTURE CAL, INC., Creditor MON, LLC, Creditor SF FILM, LLC, Creditor SPEED KILLS PRODUCTIONS, INC., Creditor NIKOLA PRODUCTIONS, INC., Creditor WONDER ONE, LLC, Creditor BODYGUARD PRODUCTIONS, INC., Creditor OUTPOST PRODUCTIONS, INC., Creditor GLACIER FILMS 1, LLC, Creditor DEFINITION DELAWARE LLC, Creditor HANNIBAL CLASSICS INC., Creditor JUSTICE EVERYWHERE PRODUCTIONS LLC, Creditor STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, Creditor PARADOX STUDIOS, LLC, Creditor DALLAS BUYERS CLUB, LLC, Creditor HITMAN TWO PRODUCTIONS, INC., Creditor SCREEN MEDIA VENTURES, LLC, Creditor 42 VENTURES, LLC, Creditor CULPEPPER IP, LLLC). (srb)*. Notice Date 06/10/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/10/2023) |
| 06/11/2023 | | <u>25</u> | Notice of Missing Documents (Financial Management Certificate) to Individual Debtor (adi) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/11/2023) |
| 06/12/2023 | | | Receipt of First Installment Payment. Receipt Number 11000014, Fee Amount: $ 84.50 *(RE: related document(s)<u>8</u> Order Denying Application to Waive Filing Fee in a Chapter 7 Case But Allowing Payment In Installments (RE: related document(s)<u>3</u> Application to Waive Filing Fee in a Chapter 7 Case Filed by Charles Muszynski). (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/12/2023)* |
| 06/12/2023 | | <u>26</u> | Order Authorizing Employment of Attorney *(RE: related document(s)<u>12</u> Application to Serve as Attorney for Trustee Filed by Stephen J. Zayler )*. (jj) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/12/2023) |
| 06/12/2023 | | | Receipt for Amended Schedules / Amended Matrix Filing Fee − $32.00 by Charles Muszynski. Receipt Number 11000014 entered by MD. (admin) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | | <u>27</u> | Certificate of Credit Counseling Filed by Charles Muszynski (jj) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | | <u>28</u> | Financial Management Course Certificate (Contains credit counseling certificate number not financial management number). Filed by Charles Muszynski (jj) Modified on 6/13/2023 (srb). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | | <u>29</u> | Debtor's Objection to Motion For Joinder for (A) Relief From Automatic Stay and (B) Injunctive Relief Pursuant to 11 U.S.C.s. 106(A) Filed by Charles Muszynski *(RE: related document(s)<u>23</u> Joinder in Support of Motion to Lift Automatic Stay Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION* |

| | | | |
|---|---|---|---|
| | | | *DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. (RE: related document(s)17 First Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement As To filed by Creditor Kerry S Culpepper). filed by Creditor MILLENNIUM FUNDING, INC., Creditor VOLTAGE HOLDINGS, LLC, Creditor AMBI DISTRIBUTION CORP., Creditor AFTER PRODUCTIONS, LLC, Creditor AFTER II MOVIE, LLC, Creditor MORGAN CREEK PRODUCTIONS, INC., Creditor BEDEVILED LLC, Creditor MILLENNIUM MEDIA, INC., Creditor COLOSSAL MOVIE PRODUCTIONS, LLC, Creditor YAR PRODUCTIONS, INC., Creditor FSMQ FILM, LLC, Creditor FW PRODUCTIONS, LLC, Creditor MILLENNIUM IP, INC., Creditor I AM WRATH PRODUCTION, INC., Creditor KILLING LINK DISTRIBUTION, LLC, Creditor BADHOUSE STUDIOS, LLC, Creditor LF2 PRODUCTIONS, INC., Creditor LHF PRODUCTIONS, INC., Creditor VENICE PI, LLC, Creditor RAMBO V PRODUCTIONS, INC., Creditor RUPTURE CAL, INC., Creditor MON, LLC, Creditor SF FILM, LLC, Creditor SPEED KILLS PRODUCTIONS, INC., Creditor NIKOLA PRODUCTIONS, INC., Creditor WONDER ONE, LLC, Creditor BODYGUARD PRODUCTIONS, INC., Creditor OUTPOST PRODUCTIONS, INC., Creditor GLACIER FILMS 1, LLC, Creditor DEFINITION DELAWARE LLC, Creditor HANNIBAL CLASSICS INC., Creditor JUSTICE EVERYWHERE PRODUCTIONS LLC, Creditor STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, Creditor PARADOX STUDIOS, LLC, Creditor DALLAS BUYERS CLUB, LLC, Creditor HITMAN TWO PRODUCTIONS, INC., Creditor SCREEN MEDIA VENTURES, LLC, Creditor 42 VENTURES, LLC, Creditor CULPEPPER IP, LLLC).* (jj) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | | 30 | Debtor's Response and Opposition to Applicant's Request for Relief From Automatic Stay and For Injunctive Relief 11 USC, 105(A); Debtor's Motion For 1)Sanctions For Automatic Stay Violations; 2) Protective Order and, 3) Dismissal With Prejudice for Automatic Stay filed by Charles Muszynski *(RE: related document(s)17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida Filed by Kerry S Culpepper ).* (Attachments: # 1 Exhibits 1−3 # 2 Exhibits 4−14 # 3 Exhibit 15 # 4 Proposed Order) (jj) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/13/2023) |
| 06/13/2023 | | 31 | ***WITHDRAWN ON 7/14/23. SEE DOC 48.***Trustee's Objection Filed by Stephen J. Zayler *(RE: related document(s)17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida Filed by Kerry S Culpepper (Attachments: # 1 Declaration of Kerry S. Culpepper # 2 Exhibit "A" # 3 Exhibit "B" # 4 Exhibit "C" # 5 Exhibit "D" # 6 Exhibit "E" # 7 Exhibit "F" # 8 Exhibit "G" # 9 Proposed Order) (Culpepper, Kerry) Modified on 6/1/2023 (srb). filed by Creditor Kerry S Culpepper).* (Attachments: # 1 Matrix) (Zayler, Stephen) Modified on 6/15/2023 (jj). Modified on 7/14/2023 (srb). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/13/2023) |
| 06/14/2023 | | 32 | Certificate Of Mailing *(RE: related document(s)25 Notice of Missing Documents (Financial Management Certificate) to Individual Debtor (adi)).* Notice Date 06/14/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/14/2023) |
| 06/14/2023 | | 33 | Certificate Of Mailing *(RE: related document(s)26 Order Authorizing Employment of Attorney (RE: related document(s)12 Application to Serve* |

| | | | |
|---|---|---|---|
| | | | *as Attorney for Trustee Filed by Stephen J. Zayler ). (jj)).* Notice Date 06/14/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/14/2023) |
| 06/15/2023 | | 34 | Response to Objections of Debtor and Trustee to Motion for (A) Relief From the Automatic Stay and (B) Injunctive Relief Pursuant to 11 U.S.C. § 105(A) Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. *(RE: related document(s)29 Debtor's Objection to Motion For Joinder for (A) Relief From Automatic Stay and (B) Injunctive Relief Pursuant to 11 U.S.C.s. 106(A) filed by Debtor Charles Muszynski RE: 23 Joinder, 30Debtor's Response and Opposition to Applicant's Request for Relief From Automatic Stay and For Injunctive Relief 11 USC, 105(A); Debtor's Motion For 1)Sanctions For Automatic Stay Violations; 2) Protective Order and, 3) Dismissal With Prejudice for Automatic Stay filed by Debtor Charles Muszynski RE: 17 Motion for Relief from Automatic Stay, 31 Trustee's Objection filed by Trustee Stephen J. Zayler RE: 17Motion for Relief from Automatic Stay.* Modified text and relationships on 6/15/2023 (jj). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/15/2023) |
| 06/19/2023 | | 35 | PRELIMINARY (Virtual) Hearing Set *(RE: related document(s)17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida filed by Creditor Kerry S Culpepper).* Hearing scheduled for 6/30/2023 at 10:30 AM at Virtual Hearing Location (BMT June 30). (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/19/2023) |
| 06/21/2023 | | 36 | Creditors' Objections To Debtor's Motion For 1) Sanctions For Automatic Stay Violations 2) Protective Order and 3) Dismissal With Prejudice For Automatic Stay Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA |

| | | | |
|---|---|---|---|
| | | | PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. *(RE: related document(s)30 Debtor's Response and Opposition to Applicant's Request for Relief From Automatic Stay and For Injunctive Relief 11 USC, 105(A); Debtor's Motion For 1)Sanctions For Automatic Stay Violations; 2) Protective Order and, 3) Dismissal With Prejudice for Automatic Stay Filed by Charles Muszynski ).* (Attachments: # 1 Exhibit "1" SD Fla. Stay Order # 2 Exhibit "2" Muszynski Nevis Filing) (Culpepper, Kerry) Modified on 6/26/2023 (srb). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/21/2023) |
| 06/22/2023 | | 37 | Certificate Of Mailing *(RE: related document(s)35 PRELIMINARY (Virtual) Hearing Set (RE: related document(s)17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida filed by Creditor Kerry S Culpepper). Hearing scheduled for 6/30/2023 at 10:30 AM at Virtual Hearing Location (BMT June 30). (md).* Notice Date 06/22/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/22/2023) |
| 06/28/2023 | | 38 | Debtor's Response To Creditors' Objections To Debtor's Motion For 1) Sanctions For Automatic Stay Violations 2) Protective Order and 3) Dismissal With Prejudice for Automatic Stay Filed by Charles Muszynski *(RE: related document(s)34 Response to Objections of Debtor and Trustee to Motion for (A) Relief From the Automatic Stay and (B) Injunctive Relief Pursuant to 11 U.S.C. § 105(A) Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. (RE: related document(s)29 Debtor's Objection to Motion For Joinder for (A) Relief From Automatic Stay and (B) Injunctive Relief Pursuant to 11 U.S.C.s. 106(A) filed by Debtor Charles Muszynski RE: 23 Joinder, 30Debtor's Response and Opposition to Applicant's Request for Relief From Automatic Stay and For Injunctive Relief 11 USC, 105(A); Debtor's Motion For 1)Sanctions For Automatic Stay Violations; 2) Protective Order and, 3) Dismissal With Prejudice for Automatic Stay filed by Debtor Charles Muszynski RE: 17 Motion for Relief from Automatic Stay, 31 Trustee's Objection filed by Trustee Stephen J. Zayler RE: 17Motion for Relief from Automatic Stay.).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/28/2023) |
| 06/28/2023 | | 39 | Debtor's Response To Creditors' Second Request For A) Relief From the Automatic Stay and B) Injunctive Relief Pursuant to 11 U.S.C. 105(A) |

| | | | |
|---|---|---|---|
| | | | Filed by Charles Muszynski *(RE: related document(s)36 Creditors' Objections To Debtor's Motion For 1) Sanctions For Automatic Stay Violations 2) Protective Order and 3) Dismissal With Prejudice For Automatic Stay Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. (RE: related document(s)30 Debtor's Response and Opposition to Applicant's Request for Relief From Automatic Stay and For Injunctive Relief 11 USC, 105(A); Debtor's Motion For 1)Sanctions For Automatic Stay Violations; 2) Protective Order and, 3) Dismissal With Prejudice for Automatic Stay Filed by Charles Muszynski).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/28/2023) |
| 06/30/2023 | | | Hearing Held: Court to Execute Order In Accordance With Statements Read into the Record and Continuing Hearing to Evidentiary Hearing. *(RE: related document(s)17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida filed by Creditor Kerry S Culpepper).* (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/30/2023) |
| 06/30/2023 | | 40 | Order Setting Virtual Evidentiary Hearing on Motion for Relief from Stay After Preliminary Hearing *(RE: related document(s)17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida filed by Creditor Kerry S Culpepper).* Hearing scheduled for 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 06/30/2023) |
| 07/05/2023 | | 41 | Sua Sponte Order to Show Cause Why Debtor's Case Should Not be Dismissed for Lack of Eligibility Under 11 U.S.C. 109 OR Alternatively Venue Transferred Under 28 U.S.C. 1408. Show Cause hearing to be held on 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/05/2023) |
| 07/05/2023 | | 42 | Certificate Of Mailing *(RE: related document(s)40 Order Setting Virtual Evidentiary Hearing on Motion for Relief from Stay After Preliminary Hearing (RE: related document(s)17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida filed by Creditor Kerry S Culpepper). Hearing scheduled for 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md)).* Notice Date 07/05/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/05/2023) |
| 07/07/2023 | | 43 | Certificate Of Mailing *(RE: related document(s)41 Sua Sponte Order to Show Cause Why Debtor's Case Should Not be Dismissed for Lack of Eligibility Under 11 U.S.C. 109 OR Alternatively Venue Transferred Under 28 U.S.C. 1408. Show Cause hearing to be held on 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md)).* Notice Date 07/07/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/07/2023) |
| 07/11/2023 | | 44 | Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. (Attachments: # 1 Proposed Order) (Culpepper, Kerry) Modified on 7/12/2023 (srb). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/11/2023) |
| 07/12/2023 | | 45 | Notice of Debtor Change of Address Filed by Charles Muszynski (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/12/2023) |
| 07/12/2023 | | 46 | Updates to Form 106 A/B: Property Part 3, Section 6, Household Goods Filed by Charles Muszynski (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/12/2023) |
| 07/12/2023 | | 47 | Amended Creditor Matrix, Adding Creditors (Fee Not Paid at the time of filing) Filed by Charles Muszynski (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/12/2023) |
| 07/12/2023 | | | Trustee's Meeting of Creditors Held and Concluded Report & Notice of Assets To Be Determined. Meeting of Creditors Held and Concluded on 6/30/2023. (Zayler, Stephen) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/12/2023) |
| 07/14/2023 | | 48 | Notice of Withdrawal of Document *31* Filed by Stephen J. Zayler *(RE: related document(s)31 Trustee's Objection Filed by Stephen J. Zayler (RE: related document(s)17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida Filed by Kerry S Culpepper (Attachments: # 1 Declaration of Kerry S. Culpepper # 2 Exhibit "A" # 3 Exhibit "B" # 4 Exhibit "C" # 5 Exhibit "D" # 6 Exhibit "E" # 7 Exhibit "F" # 8 Exhibit "G" # 9 Proposed Order) (Culpepper, Kerry) Modified on 6/1/2023 (srb). filed by Creditor Kerry S Culpepper). (Attachments: # 1 Matrix) (Zayler, Stephen) Modified on 6/15/2023 (jj). filed by Trustee* |

| | | | |
|---|---|---|---|
| | | | *Stephen J. Zayler).* (Attachments: # 1 Matrix) (Zayler, Stephen) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/14/2023) |
| 07/14/2023 | | 49 | Trustee's Comment *(RE: related document(s)41 Sua Sponte Order to Show Cause Why Debtor's Case Should Not be Dismissed for Lack of Eligibility Under 11 U.S.C. 109 OR Alternatively Venue Transferred Under 28 U.S.C. 1408. Show Cause hearing to be held on 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md)).* Filed by Stephen J. Zayler (Attachments: # 1 Matrix)(Zayler, Stephen) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/14/2023) |
| 07/14/2023 | | 50 | Motion to Extend Time to File Complaint to Determine Dischargeability , in addition to Motion to Extend Time to File Complaint Objecting to Discharge Filed by Stephen J. Zayler (Attachments: # 1 Proposed Order # 2 Matrix) (Zayler, Stephen) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/14/2023) |
| 07/25/2023 | | 51 | Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. (Attachments: # 1 Exhibit "1" # 2 Exhibit "2" # 3 Proposed Order # 4 Mailing Matrix) (Culpepper, Kerry) Modified on 7/26/2023 (jj). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/25/2023) |
| 07/25/2023 | | 52 | *** **REFILED, SEE DOC #54** *** Amended Certificate of Service Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION |

| | | | |
|---|---|---|---|
| | | | DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. *(RE: related document(s)51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees Filed by 42 VENTURES, LLC, et al ).* (Culpepper, Kerry) Modified on 7/26/2023 (jj). Modified on 7/26/2023 (jj). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/25/2023) |
| 07/26/2023 | | | Receipt of Second Installment Payment. Receipt Number 11000020, Fee Amount: $ 84.50 *(RE: related document(s)8 Order Denying Application to Waive Filing Fee in a Chapter 7 Case But Allowing Payment In Installments.* (jj) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/26/2023) |
| 07/26/2023 | | 53 | Request for Notices Filed by American Express National Bank (Bharatia, Shraddha) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/26/2023) |
| 07/26/2023 | | 54 | Amended Certificate of Service Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. *(RE: related document(s)51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees Filed by 42 VENTURES, LLC, et al).* (Attachments: # 1 Service List ) (Culpepper, Kerry) Modified on 7/26/2023 (jj). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/26/2023) |
| 07/26/2023 | | 55 | Certificate of Service Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED |

| | | | |
|---|---|---|---|
| | | | KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. *(RE: related document(s)51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees Filed by 42 VENTURES, LLC, et al).* (Culpepper, Kerry) Modified on 7/26/2023 (jj). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/26/2023) |
| 07/31/2023 | | 56 | Debtor's Response to Order to Show Cause Filed by Charles Muszynski *(RE: related document(s)41 Sua Sponte Order to Show Cause Why Debtor's Case Should Not be Dismissed for Lack of Eligibility Under 11 U.S.C. 109 OR Alternatively Venue Transferred Under 28 U.S.C. 1408.* (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/31/2023) |
| 07/31/2023 | | 57 | Debtor's Response in Opposition to Trustee's and Creditors' and Their Representation's Motions to Extend Time to Object to Discharge in Bankruptcy Filed by Charles Muszynski *(RE: related document(s)44 Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge Fled by Creditor Kerry S Culpepper, et al (RE: related document(s) 50 Motion to Extend Time to File Complaint to Determine Dischargeability , in addition to Motion to Extend Time to File Complaint Objecting to Discharge filed by Trustee Stephen J. Zayler). (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/31/2023)* |
| 07/31/2023 | | 58 | Debtor's Motion to Transfer Venue Filed by Charles Muszynski (Attachments: # 1 Proposed Order) (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 07/31/2023) |
| 08/01/2023 | | 59 | Interim Order on Motion to Transfer Venue *(RE: related document(s)58 Debtor's Motion to Transfer Venue Filed by Charles Muszynski).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/01/2023) |
| 08/01/2023 | | 60 | Hearing Set *(RE: related document(s)44 Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge filed by Creditor Kerry S Culpepper, et al 50 Motion to Extend Time to File Complaint to Determine Dischargeability, Motion to Extend Time to File Complaint Objecting to Discharge filed by Trustee Stephen J. Zayler).* Hearing scheduled for 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/01/2023) |
| 08/03/2023 | | 61 | Certificate Of Mailing *(RE: related document(s)60 Hearing Set (RE: related document(s)44 Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge filed by Creditor Kerry S Culpepper, et al 50 Motion to Extend Time to File Complaint to Determine Dischargeability, Motion to Extend Time to File Complaint Objecting to Discharge filed by Trustee Stephen J. Zayler). Hearing scheduled for 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md).* Notice Date 08/03/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/03/2023) |
| 08/03/2023 | | 62 | Certificate Of Mailing *(RE: related document(s)59 Interim Order on Motion to Transfer Venue (RE: related document(s)58 Debtor's Motion to Transfer Venue Filed by Charles Muszynski). (srb)).* Notice Date 08/03/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/03/2023) |

| | | | |
|---|---|---|---|
| 08/07/2023 | | 63 | Response to Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice for Twelve Months, and for an Award of Attorney's Fees Filed by Charles Muszynski *(RE: related document(s)51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. (Attachments: # 1 Exhibit "1" # 2 Exhibit "2" # 3 Proposed Order # 4 Mailing Matrix) (Culpepper, Kerry) Modified on 7/26/2023 (jj). filed by Creditor MILLENNIUM FUNDING, INC., Creditor VOLTAGE HOLDINGS, LLC, Creditor AMBI DISTRIBUTION CORP., Creditor AFTER PRODUCTIONS, LLC, Creditor AFTER II MOVIE, LLC, Creditor MORGAN CREEK PRODUCTIONS, INC., Creditor BEDEVILED LLC, Creditor MILLENNIUM MEDIA, INC., Creditor COLOSSAL MOVIE PRODUCTIONS, LLC, Creditor YAR PRODUCTIONS, INC., Creditor FSMQ FILM, LLC, Creditor FW PRODUCTIONS, LLC, Creditor MILLENNIUM IP, INC., Creditor I AM WRATH PRODUCTION, INC., Creditor KILLING LINK DISTRIBUTION, LLC, Creditor BADHOUSE STUDIOS, LLC, Creditor LF2 PRODUCTIONS, INC., Creditor LHF PRODUCTIONS, INC., Creditor VENICE PI, LLC, Creditor RAMBO V PRODUCTIONS, INC., Creditor RUPTURE CAL, INC., Creditor MON, LLC, Creditor SF FILM, LLC, Creditor SPEED KILLS PRODUCTIONS, INC., Creditor NIKOLA PRODUCTIONS, INC., Creditor WONDER ONE, LLC, Creditor BODYGUARD PRODUCTIONS, INC., Creditor OUTPOST PRODUCTIONS, INC., Creditor GLACIER FILMS 1, LLC, Creditor DEFINITION DELAWARE LLC, Creditor HANNIBAL CLASSICS INC., Creditor JUSTICE EVERYWHERE PRODUCTIONS LLC, Creditor STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, Creditor PARADOX STUDIOS, LLC, Creditor DALLAS BUYERS CLUB, LLC, Creditor HITMAN TWO PRODUCTIONS, INC., Creditor SCREEN MEDIA VENTURES, LLC, Creditor 42 VENTURES, LLC, Creditor CULPEPPER IP, LLLC, Creditor Kerry S Culpepper).* (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (jj) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/07/2023) |
| 08/08/2023 | | 64 | Hearing Set *(RE: related document(s)51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees Filed by Creditor Kerry S Culpepper et al* Hearing scheduled for 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/08/2023) |
| 08/10/2023 | | 65 | Objection Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD |

| | | | |
|---|---|---|---|
| | | | PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. *(RE: related document(s)58 Debtor's Motion to Transfer Venue Filed by Charles Muszynski (Attachments: # 1 Proposed Order) filed by Debtor Charles Muszynski).* (Attachments: # 1 Exhibit "1" Writ of Bodily Attachment of Muszynski # 2 Exhibit "2" Order Sentencing Muszynski to 90 days of jail # 3 Service List Mail Matrix) (Culpepper, Kerry) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/10/2023) |
| 08/10/2023 | | 66 | Certificate Of Mailing *(RE: related document(s)64 Hearing Set (RE: related document(s)51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees Filed by Creditor Kerry S Culpepper et al Hearing scheduled for 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md)).* Notice Date 08/10/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/10/2023) |
| 08/11/2023 | | 67 | Hearing Set *(RE: related document(s)58 Debtor's Motion to Transfer Venue filed by Debtor Charles Muszynski).* Hearing scheduled for 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/11/2023) |
| 08/11/2023 | | 68 | Amended Creditor Matrix, Adding Creditors Filed by Charles Muszynski (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/11/2023) |
| 08/11/2023 | | 69 | Debtor's Motion to Compel "Movie Company" Creditors, Kerry Culpepper, and CulpepperIP, LLC To Provide Documents and Information, Responsive to Debtor's Request For Production Filed by Charles Muszynski (Attachments: # 1 Exhibit # 2 Proposed Order) (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/11/2023) |
| 08/11/2023 | | 70 | Notice of Filing in S.D. FL Motion For Clarification Filed by Charles Muszynski (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/11/2023) |
| 08/11/2023 | | | Receipt of Third Installment Payment. Receipt Number 11000023 (Pay.gov 2775K8MF), Fee Amount: $ 84.50 *(RE: related document(s)8 Order Denying Application to Waive Filing Fee in a Chapter 7 Case But Allowing Payment In Installments (RE: related document(s)3 Application to Waive Filing Fee in a Chapter 7 Case Filed by Charles Muszynski).* (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/11/2023) |
| 08/11/2023 | | | |

| | | | |
|---|---|---|---|
| | | | Receipt for Amended Schedules / Amended Matrix Filing Fee − $32.00 by Charles Muszynski. Receipt Number 11000023 entered by MD. (admin) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/14/2023) |
| 08/11/2023 | | | Receipt for Amended Schedules / Amended Matrix Filing Fee − $32.00 by Charles Muszynski. Receipt Number 11000023 entered by MD. (admin) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/14/2023) |
| 08/13/2023 | | 71 | Certificate Of Mailing *(RE: related document(s)67 Hearing Set (RE: related document(s)58 Debtor's Motion to Transfer Venue filed by Debtor Charles Muszynski). Hearing scheduled for 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22). (md)).* Notice Date 08/13/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/13/2023) |
| 08/16/2023 | | 72 | Debtor's Reply to "Movie Company" Creditors' Objection To Debtor's Motion to Transfer Venue Filed by Charles Muszynski *(RE: related document(s)65 Objection Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. (RE: related document(s)58 Debtor's Motion to Transfer Venue Filed by Charles Muszynski).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/16/2023) |
| 08/16/2023 | | 73 | Debtor's Second Motion For Sanctions Under 11 U.S.C. 362(h) and Fees For Violations of the Automatic Stay Filed by Charles Muszynski (Attachments: # 1 Proposed Order) (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/16/2023) |
| 08/17/2023 | | 74 | Exhibit List of Millennium Funding, Inc. et al Filed by 42 VENTURES, LLC, et al . (Attachments: # 1 Exhibit "M−1" # 2 Exhibit "M−2" # 3 Exhibit "M−4" # 4 Exhibit "M−5" # 5 Exhibit "M−6" # 6 Exhibit "M−7" # 7 Exhibit "8" # 8 Exhibit "9" # 9 Exhibit "M−10" # 10 Exhibit "M−11" # 11 Exhibit "M−12" # 12 Exhibit "M−13" # 13 Exhibit "M−14" # 14 Exhibit "M−15" # 15 Exhibit "M−16" # 16 Exhibit "M−17" # 17 Exhibit "M−18" # 18 Exhibit "M−19" # 19 Exhibit "M−20" # 20 Exhibit "M−21" # 21 Exhibit "M−22" # 22 Exhibit "M−23" # 23 Exhibit "M−24" # 24 Exhibit "M−25" # 25 Exhibit "M−26" # 26 Exhibit "M−27" # 27 Exhibit "M−28" # 28 Exhibit "M−29" # 29 Exhibit "M−30" # 30 Exhibit "M−31" # 31 Exhibit "M−32" # 32 Exhibit "M−33" # 33 Exhibit "M−34" # 34 Exhibit "M−35" # 35 Exhibit "M−36" # 36 Exhibit "M−37" # 37 Exhibit "M−38" # 38 Exhibit "M−39" # 39 Exhibit "M−40" # 40 Exhibit "M−41" # 41 Exhibit "M−3") (Culpepper, Kerry). *Related document(s) 17 First Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement As To filed by Creditor Kerry S Culpepper, 41* |

| | | | |
|---|---|---|---|
| | | | *Order to Show Cause, 44 First Motion to Extend Time to File Complaint to Determine Dischargeability filed by Creditor MILLENNIUM FUNDING, INC., et al, 50 Motion to Extend Time to File Complaint to Determine Dischargeability filed by Trustee Stephen J. Zayler, 51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees filed by Creditor* MILLENNIUM FUNDING, INC., et al , *58 Motion for Change of Venue filed by Debtor Charles Muszynski.* Modified text and relationship on 8/18/2023 (jj). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/17/2023) |
| 08/17/2023 | | 75 | Certificate of Service Filed by 42 VENTURES, LLC, et al . *(RE: related document(s)74 Exhibit List of Millennium Funding, Inc. et al Filed by 42 VENTURES, LLC, et al).* (Culpepper, Kerry) Modified on 8/18/2023 (jj). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/17/2023) |
| 08/17/2023 | | 76 | Movie Creditors' Witness List Filed by 42 VENTURES, LLC, et al (Culpepper, Kerry). *Related document(s) 17 First Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement As To filed by Creditor Kerry S Culpepper, 41 Order to Show Cause, 44 First Motion to Extend Time to File Complaint to Determine Dischargeability filed by Creditor MILLENNIUM FUNDING, INC., et al, 50 Motion to Extend Time to File Complaint to Determine Dischargeability filed by Trustee Stephen J. Zayler, 51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees filed by Creditor MILLENNIUM FUNDING, INC., et al , 58 Motion for Change of Venue filed by Debtor Charles Muszynski.* Modified text and relationship on 8/18/2023 (jj). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/17/2023) |
| 08/17/2023 | | 77 | Debtor's Witness List Filed by Charles Muszynski *(RE: related document(s)17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida Filed by Kerry S Culpepper , 41 Sua Sponte Order to Show Cause Why Debtor's Case Should Not be Dismissed for Lack of Eligibility Under 11 U.S.C. 109 OR Alternatively Venue Transferred Under 28 U.S.C. 1408. Show Cause hearing to be held on 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22), 44 Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge Filed by 42 VENTURES, LLC, et al , 50 Motion to Extend Time to File Complaint to Determine Dischargeability , in addition to Motion to Extend Time to File Complaint Objecting to Discharge Filed by Stephen J. Zayler , 51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees Filed by 42 VENTURES, LLC, et al , 58 Debtor's Motion to Transfer Venue Filed by Charles Muszynski).* (jj) Additional attachment(s) added on 8/18/2023 (jj). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/18/2023) |
| 08/17/2023 | | 78 | Debtor's Exhibit List Filed by Charles Muszynski *(RE: related document(s) 17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida Filed by Kerry S Culpepper , 41 Sua Sponte Order to Show Cause Why Debtor's Case Should Not be Dismissed for Lack of Eligibility Under 11 U.S.C. 109 OR Alternatively Venue Transferred Under 28 U.S.C. 1408. Show Cause hearing to be held on 8/22/2023 at 09:30 AM at Virtual Hearing Location (BMT Aug 22), 44 Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge Filed by 42 VENTURES, LLC, et al , 50 Motion to Extend Time to File Complaint to* |

| | | | |
|---|---|---|---|
| | | | *Determine Dischargeability , in addition to Motion to Extend Time to File Complaint Objecting to Discharge Filed by Stephen J. Zayler, 51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees Filed by 42 VENTURES, LLC, et al , 58 Debtor's Motion to Transfer Venue Filed by Charles Muszynski).* (Attachments: # 1 Debtor #1 Doc 73 # 2 Debtor #2 Doc 72 # 3 Debtor #3 Doc 69 # 4 Debtor #4 Doc 69−1 # 5 Debtor #5 Doc 68 # 6 Debtor #6 doc 65 # 7 Debtor #7 doc 63 # 8 Debtor #8 Doc 59 # 9 Debtor #9 doc 58 # 10 Debtor #10 doc 57 # 11 Debtor #11 doc 56 # 12 Debtor #12 doc 53 # 13 Debtor #13 doc 51 # 14 Debtor #14 doc 50 # 15 Debtor #15 doc 46 # 16 Debtor #16 doc 45 # 17 Debtor #17 doc 44 # 18 Debtor #18 doc 41 # 19 Debtor #19 doc 39 # 20 Debtor #20 doc 38 # 21 Debtor #21 doc 36 # 22 Debtor #22 doc 34 # 23 Debtor #23 doc 30 # 24 Debtor #24 doc 29 # 25 Debtor #25 doc 23 # 26 Debtor #26 doc 17 # 27 Debtor #27 doc 16 # 28 Debtor #28 doc 16 # 29 Debtor #29 doc 16−3 # 30 Debtor #30 doc 16−6 # 31 debtor #31 doc 16−3c # 32 Debtor #32 doc 4 # 33 Debtor #33 doc 253 # 34 Debtor #34 doc 324 # 35 Debtor #35 doc 399 # 36 Debtor #36 doc 483 # 37 Debtor #37 doc 496 # 38 Debtor #38 doc 502 # 39 Debtor #39 doc 524 # 40 Debtor #40 doc 524−1 # 41 Debtor #41 doc 527 # 42 Debtor #42 doc 528 # 43 Debtor #43 doc 530 # 44 Debtor #44 doc 530 # 45 Debtor #45 doc 531 # 46 Debtor #46 doc 457) (jj) (Main Document 78 replaced on 8/18/2023) (md). Modified on 8/18/2023 (md). [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/18/2023) |
| 08/22/2023 | | | Evidentiary Hearing Held: Findings of Fact and Conclusions of Law Read Into the Record; Court to Execute Order. *(RE: related document(s) 17 Motion for Relief from Automatic Stay WITHOUT Waiver of 30−Day Hearing Requirement and Injunctive Relief As To Civil Action in Southern District of Florida filed by Creditor Kerry S Culpepper, 41 Sua Sponte Order to Show Cause Why Debtor's Case Should Not be Dismissed for Lack of Eligibility Under 11 U.S.C. 109 OR Alternatively Venue Transferred Under 28 U.S.C. 1408. 44 Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge filed by Creditor Kerry S Culpepper, e al 50 Motion to Extend Time to File Complaint to Determine Dischargeability , in addition to Motion to Extend Time to File Complaint Objecting to Discharge filed by Trustee Stephen J. Zayler, 51 Motion to Dismiss Bad Faith Bankruptcy Case With Prejudice For Twelve Months, and For an Award of Attorney's Fees Filed by Creditor Kerry S Culpepper, et al 58 Debtor's Motion to Transfer Venue filed by Debtor Charles Muszynski).* (md) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/23/2023) |
| 08/23/2023 | | | Ch. 7 Trustee's Report of No Distribution: I, Stephen J. Zayler, having been appointed trustee of the estate of the above−named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above−named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 3 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 12230.00, Claims Scheduled: $ 471322979.53, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 471322979.53. Filed by Stephen J. Zayler (Zayler, Stephen) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/23/2023) |

| | | | |
|---|---|---|---|
| 08/23/2023 | | 79 | Order Granting In Part Order To Show Cause and Transferring Venue of Case Under 28 U.S.C. 1408 and Denying In Part Order to Show Cause Why Debtor's Case Should Not Be Dismissed For Lack of Eligibility Under 11 U.S.C. 109 (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/23/2023) |
| 08/23/2023 | | 80 | Order Dismissing As Moot Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge *(RE: related document(s) 44 Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge Filed by 42 VENTURES, LLC, et al).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/23/2023) |
| 08/23/2023 | | 81 | Order Granting Trustee's Motion to Extend Time to File Complaint to Determine Dischargeability/Complaint Objecting To Discharge *(RE: related document(s) 50 Motion to Extend Time to File Complaint to Determine Dischargeability , in addition to Motion to Extend Time to File Complaint Objecting to Discharge Filed by Stephen J. Zayler).* Last day to oppose dischargeability is 10/23/2023. Last day to oppose discharge is 10/23/2023. (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/23/2023) |
| 08/23/2023 | | 82 | Order Dismissing As Moot Debtor's Motion To Transfer Venue *(RE: related document(s) 58 Debtor's Motion to Transfer Venue Filed by Charles Muszynski).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/23/2023) |
| 08/25/2023 | | 83 | Certificate Of Mailing *(RE: related document(s) 79 Order Granting In Part Order To Show Cause and Transferring Venue of Case Under 28 U.S.C. 1408 and Denying In Part Order to Show Cause Why Debtor's Case Should Not Be Dismissed For Lack of Eligibility Under 11 U.S.C. 109 (srb)).* Notice Date 08/25/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/25/2023) |
| 08/25/2023 | | 84 | Certificate Of Mailing *(RE: related document(s) 80 Order Dismissing As Moot Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge (RE: related document(s) 44 Motion For 60 Day Extension of Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge Filed by 42 VENTURES, LLC, et al). (srb)).* Notice Date 08/25/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/25/2023) |
| 08/25/2023 | | 85 | Certificate Of Mailing *(RE: related document(s) 81 Order Granting Trustee's Motion to Extend Time to File Complaint to Determine Dischargeability/Complaint Objecting To Discharge (RE: related document(s) 50 Motion to Extend Time to File Complaint to Determine Dischargeability , in addition to Motion to Extend Time to File Complaint Objecting to Discharge Filed by Stephen J. Zayler). Last day to oppose dischargeability is 10/23/2023. Last day to oppose discharge is 10/23/2023. (srb)).* Notice Date 08/25/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/25/2023) |
| 08/25/2023 | | 86 | Certificate Of Mailing *(RE: related document(s) 82 Order Dismissing As Moot Debtor's Motion To Transfer Venue (RE: related document(s) 58 Debtor's Motion to Transfer Venue Filed by Charles Muszynski). (srb)).* Notice Date 08/25/2023. (Admin.) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 08/25/2023) |

| | | | |
|---|---|---|---|
| 09/05/2023 | | <u>87</u> | Motion for Rehearing/Reconsideration Filed by Charles Muszynski *(RE: related document(s) 81 Order Granting Trustee's Motion to Extend Time to File Complaint to Determine Dischargeability/Complaint Objecting To Discharge (RE: related document(s) 50 Motion to Extend Time to File Complaint to Determine Dischargeability , in addition to Motion to Extend Time to File Complaint Objecting to Discharge Filed by Stephen J. Zayler. Last day to oppose dischargeability is 10/23/2023. Last day to oppose discharge is 10/23/2023.).* (jj) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 09/05/2023) |
| 09/09/2023 | | <u>88</u> | Objection Filed by 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, CULPEPPER IP, LLLC, Kerry S Culpepper, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., HITMAN TWO PRODUCTIONS, INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC. *(RE: related document(s) 87 Motion for Rehearing/Reconsideration Filed by Charles Muszynski (RE: related document(s) 81 Order Granting Trustee's Motion to Extend Time to File Complaint to Determine Dischargeability/Complaint Objecting To Discharge (RE: related document(s) 50 Motion to Extend Time to File Complaint to Determine Dischargeability, in addition to Motion to Extend Time to File Complaint Objecting to Discharge Filed by Stephen J. Zayler). Last day to oppose dischargeability is 10/23/2023. Last day to oppose discharge is 10/23/2023.). (jj) filed by Debtor Charles Muszynski).* (Culpepper, Kerry) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 09/09/2023) |
| 09/11/2023 | | <u>89</u> | Debtor's Reply To Creditors' Objection To Debtor's Motion For Reconsideration Filed by Charles Muszynski *(RE: related document(s) 88 Objection Filed by 42 VENTURES, LLC, et al (RE: related document(s) 87 Motion for Rehearing/Reconsideration Filed by Charles Muszynski (RE: related document(s) 81 Order Granting Trustee's Motion to Extend Time to File Complaint to Determine Dischargeability/Complaint Objecting To Discharge (RE: related document(s) 50 Motion to Extend Time to File Complaint to Determine Dischargeability, in addition to Motion to Extend Time to File Complaint Objecting to Discharge Filed by Stephen J. Zayler. Last day to oppose dischargeability is 10/23/2023. Last day to oppose discharge is 10/23/2023.). (jj) filed by Debtor Charles Muszynski). filed by Creditor MILLENNIUM FUNDING, INC., et al).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 09/11/2023) |
| 09/11/2023 | | <u>90</u> | Order Dismissing Motion For Rehearing/Reconsideration *(RE: related document(s) 87 Motion for Rehearing/Reconsideration Filed by Charles Muszynski).* (srb) [Transferred from Texas Eastern on 9/12/2023.] (Entered: 09/11/2023) |

| 09/12/2023 | | 91 | Case transferred−in from Texas Eastern court. Case number: 9:23−bk−90112. Original file, certified copy of transfer order and docket sheet received. Additional attachment(s) added on 9/12/2023 (REYES TORO, WILLIAM). (Entered: 09/12/2023) |
|---|---|---|---|
| 09/12/2023 | | 92 | ROBERTO ROMAN VALENTIN appointed trustee to the case. 341(a) meeting to be held on 10/17/2023 at 03:30 PM via Zoom (Roman−Valentin): Meeting ID 809 918 1929, Passcode 6925039478, Phone 1 939 220 8515. Last day to oppose discharge or dischargeability is 12/18/2023. filed by UNITED STATES TRUSTEE (LECAROZ ARRIBAS, MONSITA) (Entered: 09/12/2023) |
| 09/15/2023 | | 93 | ORDER: The court orders STRICKEN FROM THE RECORD IN ITS ENTIRETY the United States Trustee's notice on Docket No. 92. The court clarifies that the last day to oppose the discharge or challenge whether certain debts are dischargeable was already extended to October 23, 2023 (Docket No. 81). The deadline to object to exemptions has expired. The 341 Meeting of Creditors was concluded on June 30, 2023 and entered on the docket on July 12, 2023. If the current trustee wishes to examine the Debtor, he may avail himself of the Rule 2004 examination. (RE: related document(s)92). Signed on 9/15/2023.(AGUAYO LOPEZ, BRENDA) (Entered: 09/15/2023) |
| 09/15/2023 | | 94 | Certificate of service (RE: related document(s)92) Notice Date 09/15/2023. (Admin.) (Entered: 09/16/2023) |
| 09/17/2023 | | 95 | Certificate of service (RE: related document(s)93) Notice Date 09/17/2023. (Admin.) (Entered: 09/18/2023) |
| 09/18/2023 | | 96 | Notice of appearance and request for notice filed by CARMEN D CONDE TORRES on behalf of 42 VENTURES, LLC, AFTER II MOVIE, LLC, AFTER PRODUCTIONS, LLC, AMBI DISTRIBUTION CORP., BADHOUSE STUDIOS, LLC, BEDEVILED LLC, BODYGUARD PRODUCTIONS, INC., COLOSSAL MOVIE PRODUCTIONS, LLC, DALLAS BUYERS CLUB, LLC, DEFINITION DELAWARE LLC, FSMQ FILM, LLC, FW PRODUCTIONS, LLC, GLACIER FILMS 1, LLC, HANNIBAL CLASSICS INC., I AM WRATH PRODUCTION, INC., JUSTICE EVERYWHERE PRODUCTIONS LLC, KILLING LINK DISTRIBUTION, LLC, LF2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, MORGAN CREEK PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., PARADOX STUDIOS, LLC, RAMBO V PRODUCTIONS, INC., RUPTURE CAL, INC., SCREEN MEDIA VENTURES, LLC, SF FILM, LLC, SPEED KILLS PRODUCTIONS, INC., STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC, VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, YAR PRODUCTIONS, INC.. (CONDE TORRES, CARMEN) (Entered: 09/18/2023) |
| 09/18/2023 | | 97 | Motion to allow Kerry Culpepper to appear pro hac vice filed by CARMEN D CONDÉ TORRES on behalf of Kerry S Culpepper [CONDE TORRES, CARMEN] (Entered: 09/18/2023) |
| 09/19/2023 | | 98 | ORDER: Kerry Culpepper is ordered to supplement, within seven (7) days, his application to appear pro hac vice with evidence of fee receipt from the District Court pursuant to LBR 2090−1(c). re97. Order due by 9/26/2023. (RE: related document(s)97). Signed on 9/19/2023.(AGUAYO LOPEZ, BRENDA) (Entered: 09/19/2023) |

| 09/19/2023 | | 99 | Debtor Request to Begin Electronic Noticing. Filed by (APONTE REYES, CARLOS) (Entered: 09/19/2023) |
| 09/19/2023 | | | Receipt of Appeal Filing Fee − $298.00 by CA. Receipt Number 455769. (admin) (Entered: 09/19/2023) |
| 09/19/2023 | | 102 | Notice of Appeal and Statement of Election . Receipt Number 455769, Fee Amount $298. Due by 10/3/2023. filed by Charles Muszynski (RE: related document(s)81, 90). (AGUAYO LOPEZ, BRENDA) (Entered: 09/21/2023) |
| 09/20/2023 | | 100 | Motion in Compliance *WITH ORDER* (RE: related document(s)97, 98). Filed by CARMEN D CONDE TORRES on behalf of Kerry S Culpepper (CONDE TORRES, CARMEN) (Entered: 09/20/2023) |
| 09/21/2023 | | 101 | ORDER GRANTING (RE: related document(s)97). Signed on 9/21/2023.(AGUAYO LOPEZ, BRENDA) (Entered: 09/21/2023) |
| 09/21/2023 | | 103 | Notice of Appeal and Statement of Election . Receipt Number PAID, Fee Amount $298. Due by 10/5/2023. filed by Charles Muszynski (RE: related document(s)81, 90, 102). (AGUAYO LOPEZ, BRENDA) (Entered: 09/21/2023) |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION



**EOD**

08/23/2023

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **CHARLES MUSZYNSKI** | § | |
| XXX-XX-1273 | § | Case No. 23-90112 |
| P.O. Box 1243, Brasseterre, St. Kitts & Nevis | § | |
| | § | |
| Debtor | § | Chapter 7 |

### ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME
### TO FILE COMPLAINT TO DETERMINE
### <u>DISCHARGEABILITY/COMPLAINT OBJECTING TO DISCHARGE</u>

On August 22, 2023 the Court conducted a hearing in this case on the "Sua Sponte

Order to Show Cause Why Debtor's Case Should Not Be Dismissed for Lack of Eligibility

under 11 U.S.C. § 109 or Alternatively Venue Transferred under 28 U.S.C. § 1408"[1] (the

"Show Cause") entered by the Court on July 5, 2023.  Also set for hearing at the same time

was the "Motion to Extend Time to File Complaint to Determine Dischargeability/Complaint

Objecting to Discharge"[2] (the "Motion") filed by Chapter 7 Trustee, Stephen Zayler, on July

14, 2023.  The Court finds that notice of the hearing was properly given under the Federal

and Local Rules of Bankruptcy Procedure.  The Court considered the pleadings, exhibits,

presentations of counsel, testimony, and evidence presented.  The Court finds and concludes

that there is just cause to extend these deadlines to ensure efficient administration of this case

while it is being transferred to Puerto Rico.  Therefore, and for the reasons set forth by the

---

[1] ECF No. 41.

[2] ECF No. 50.

Court on the record at the hearing, the Court finds that just cause exists for the entry of the following Order.

     **IT IS THEREFORE ORDERED** that the Motion to Extend Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge" filed by Chapter 7 Trustee, Stephen Zayler, is hereby **GRANTED** and that the deadline to object to discharge under 11 U.S.C. § 727 or to the dischargeabilty of any debt under 11 U.S.C. § 523 is hereby extended until **Monday, October 23, 2023**, for all creditors, parties-in-interest, any Chapter 7 Trustee, and the U.S. Trustee.

     Signed on 08/23/2023

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION



EOD
09/11/2023

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **CHARLES MUSZYNSKI** | § | |
| XXX-XX-1273 | § | Case No. 23-90112 |
| P.O. Box 1243, Brasseterre, St. Kitts & Nevis | § | |
| | § | |
| Debtor | § | Chapter 7 |

### ORDER DISMISSING MOTION FOR REHEARING / RECONSIDERATION

ON THIS DATE the Court considered the "Motion for Rehearing/Reconsideration" (the "Motion")[1] filed by Debtor, Charles Muszynski (the "Movant"), on September 5, 2023.  Debtor's Motion asks this Court to reconsider this Court's prior "Order Granting Trustee's Motion to Extend Time to File Complaint to Determine Dischargeability/Complaint Objecting To Discharge"[2] entered August 23, 2023.  The Court finds that the Motion does not contain twenty one (21) day negative notice language as required by LBR 9007.[3]  Because of this deficiency, the Court further finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that "Motion for Rehearing/Reconsideration" filed by Debtor, Charles Muszynski, on September 5, 2023, is **DISMISSED**.

Signed on 09/11/2023

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

---

[1] ECF No. 87.

[2] ECF No. 81.

[3] See Pg. 3 of 25 of the *TXEB Guide to Practice and Procedures* located on the Court's website at https://www.txeb.uscourts.gov/guide-practice-and-procedure.

RECEIVED AND FILED – SJ-PR

USBC '23 SEP 19 PM12:21

Official Form 417A (12/18)

IN RE : *CHARLES MUSZYNSKI*                    CASE Nº. *23-02870-MCF 7*

[Caption as in Form 416A, 416B, or 416D, as appropriate]

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): *CHARLES MUSZYNSKI*

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: *Doc #81; Doc #90*

2. State the date on which the judgment, order, or decree was entered: *23-8-23; #81*
   *11-9-23; # 90*

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: *MONTE COMPANY CREDITORS*     Attorney: *KERRY CULPEPPER*
   *75-170 HUALALAI RD.*
   *# B204*
   *KAILUA-KONA, HI 96740*
   *808-464-4047*

2. Party: *TRUSTEE*     Attorney: *ROBERTO ROMAN VALENTIN*
   *P.O. BOX 9024009*
   *SAN JUAN, PR 00902-4009*
   *787-740-6011*

Official Form 417A          Notice of Appeal and Statement of Election          page 1

PMD # 455769 (2)

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

  ☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Date: _18-9-23_

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
_P.O. BOX 1429_
_BASSETERRE_
_St. KITTS & NEVIS_
_WEST INDIES_
_424-333-0569_

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Official Form 417A                    Notice of Appeal and Statement of Election                    page 2

## CERTIFICATE OF SERVICE

I, Charles Muszynski, certify that I caused to be served the foregoing Notice to all parties of record via operation of this court's electronic case filing/case management system, on the date above, in compliance with Federal and Local Rules.

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

Official Form 417A (12/18)

IN RE:

CHARLES MUSZYNSKI,
                DEBTOR

CHAPTER 7
CASE NO. 23-02870 MCF

[Caption as in Form 416A, 416B, or 416D, as appropriate]

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

RECEIVED AND FILED - SJ-PR

### Part 1: Identify the appellant(s)

USBC '23 SEP 21 PM3:34

1. Name(s) of appellant(s): CHARLES MUSZYNSKI

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☒ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe) _____

### Part 2:  Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Doc #81; Doc #90

2. State the date on which the judgment, order, or decree was entered: 23-8-23; #81
   11-9-23; #90

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: "MOVIE COMPANY" CREDITORS   Attorney: KERRY CULPEPPER
   75-170 HUALALAI RD.
   #B204
   KAILUA-KONA, HI 96740
   808-464-4047

2. Party: TRUSTEE   Attorney: ROBERTO ROMAN VALENTIN
   P.O. BOX 9024003
   SAN JUAN, PR 00902-4003
   787-740-6011

Official Form 417A          Notice of Appeal and Statement of Election          page 1

31

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_[signature]_ Date: _18-9-23_

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
_P.O. BOX 1429_
_BASSETERRE_
_St. KITTS & NEVIS_
_WEST INDIES_
_424-333-0569_

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION



09/11/2023

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **CHARLES MUSZYNSKI** | § | |
| XXX-XX-1273 | § | Case No. 23-90112 |
| P.O. Box 1243, Brasseterre, St. Kitts & Nevis | § | |
| | § | |
| Debtor | § | Chapter 7 |

RECEIVED AND FILED - SJ-PR

USBC '23 SEP 21 PM 3:34

### ORDER DISMISSING MOTION FOR REHEARING / RECONSIDERATION

ON THIS DATE the Court considered the "Motion for Rehearing/Reconsideration" (the

"Motion")[1] filed by Debtor, Charles Muszynski (the "Movant"), on September 5, 2023. Debtor's

Motion asks this Court to reconsider this Court's prior "Order Granting Trustee's Motion to

Extend Time to File Complaint to Determine Dischargeability/Complaint Objecting To

Discharge"[2] entered August 23, 2023. The Court finds that the Motion does not contain twenty

one (21) day negative notice language as required by LBR 9007.[3] Because of this deficiency, the

Court further finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that "Motion for Rehearing/Reconsideration" filed by

Debtor, Charles Muszynski, on September 5, 2023, is **DISMISSED**.

Signed on 09/11/2023

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

---

[1] ECF No. 87.

[2] ECF No. 81.

[3] See Pg. 3 of 25 of the *TXEB Guide to Practice and Procedures* located on the Court's website at
https://www.txeb.uscourts.gov/guide-practice-and-procedure.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION



08/23/2023

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **CHARLES MUSZYNSKI** | § | |
| XXX-XX-1273 | § | Case No. 23-90112 |
| P.O. Box 1243, Brasseterre, St. Kitts & Nevis | § | |
| | § | |
| Debtor | § | Chapter 7 |

RECEIVED AND FILED – SJ-PR

USBC '23 SEP 21 PM3:34

### ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY/COMPLAINT OBJECTING TO DISCHARGE

On August 22, 2023 the Court conducted a hearing in this case on the "Sua Sponte Order to Show Cause Why Debtor's Case Should Not Be Dismissed for Lack of Eligibility under 11 U.S.C. § 109 or Alternatively Venue Transferred under 28 U.S.C. § 1408"[1] (the "Show Cause") entered by the Court on July 5, 2023. Also set for hearing at the same time was the "Motion to Extend Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge"[2] (the "Motion") filed by Chapter 7 Trustee, Stephen Zayler, on July 14, 2023. The Court finds that notice of the hearing was properly given under the Federal and Local Rules of Bankruptcy Procedure. The Court considered the pleadings, exhibits, presentations of counsel, testimony, and evidence presented. The Court finds and concludes that there is just cause to extend these deadlines to ensure efficient administration of this case while it is being transferred to Puerto Rico. Therefore, and for the reasons set forth by the

---

[1] ECF No. 41.

[2] ECF No. 50.

34

Court on the record at the hearing, the Court finds that just cause exists for the entry of the following Order.

**IT IS THEREFORE ORDERED** that the Motion to Extend Time to File Complaint to Determine Dischargeability/Complaint Objecting to Discharge" filed by Chapter 7 Trustee, Stephen Zayler, is hereby **GRANTED** and that the deadline to object to discharge under 11 U.S.C. § 727 or to the dischargeabilty of any debt under 11 U.S.C. § 523 is hereby extended until **Monday, October 23, 2023**, for all creditors, parties-in-interest, any Chapter 7 Trustee, and the U.S. Trustee.

Signed on 08/23/2023

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE