**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901

# *TRANSMITTAL FORM*

*9/21/23*

*Clerk, U.S. Bankruptcy Appellate Panel*
*John W. McCormack Post Office and Court House*
*5 Post Office Square, Suite 910*
*Boston, MA 02109–3945*

| | |
|---|---|
| Appellant: | Charles Muszynski |
| Appellant (attorney): | PROSE |
| Appellee: | Movie Company Creditors and Trustee |
| Appellee (attorney): | Kerry Culpepper & Roberto Roman Valentin |

Bankruptcy Case: In re: 23–02870

The following is being transmitted to your court:

- ☑ Notice of Appeal with Order
- ☑ Bankruptcy Court Docket
- ☐ Motion for Leave to Appeal
- ☐ Objection to Motion for Leave to Appeal
- ☐ Appellee Election to have appeal heard in District Court
- ☐ Bankruptcy Court Notice(s)
- ☐ Fed.R.Bankr.P. 8010 Motions and /or Orders
- ☐ Other:

*Wilma Jaime,*
Clerk, U.S. Bankruptcy Court

By the Court,

/s/BRENDA AGUAYO LOPEZ
Deputy Clerk