# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| CHARLES MUSZYNSKI | } } } } } } } | Case No. 23-02870 MCF<br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR**<br>**DEBTOR'S REMOTE APPEARANCE** |
| Debtor, pro se | | |

## ORDER

A Status Conference [Doc. #142] is scheduled 28 February, 2024 at 9:00 AM, at the United States Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 1, Second Floor, San Juan, Puerto Rico.

Defendant is pro se, a foreign resident, a foreign citizen, unable to afford travel to the U. S., unable to obtain a Visa to enter the U. S., and therefore unable to attend in person.

Defendant's electronic attendance at the scheduling conference and subsequent proceedings is warranted and approved, such log-in information as necessary will be issued prior to the proceedings.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this  day of         , 2024.

_____
UNITED STATES MAGISTRATE JUDGE
MILDRED CABAN FLORES