IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>Charles Muszynski<br><br>xx-xx-1273<br><br>Debtor(s) | CASE NO. 23-02870-MCF7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON FEB/21/2024 |

ORDER

The Status Conference scheduled for February 28, 2024, at 9:00 AM (Atlantic Standard Time), will now be conducted via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances found on the homepage of our Website at https://www.prb.uscourts.gov/.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21 day of February, 2024.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge