*RECEIVED AND FILED
PRO SE UPLOAD TOOL
02/29/2024 - 3:10 PM
USBC
(WRT)*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| IN RE: } | Case No. 23-02870-MCF7 |
| } | Chapter 7 |
| CHARLES MUSZYNSKI } | |
| } | |
| } | **SUBMISSION OF CERTIFICATES** |
| } | **OF COMPLETION FOR FIRST** |
| Debtor; pro se } | **CREDIT COUNSELING COURSE** |
| _____} | **AND FORM 423B** |

SUBMISSION OF CERTIFICATES OF COMPLETION
FOR CREDIT COUNSELING COURSE AND FORM 423B

**TO THE HONORABLE COURT:**

1. COMES NOW, Chapter 7 Debtor in the above styled case and, for the third time, files proof of timely completing the preliminary credit counseling course on 13 May 2023 and submission of Form 423B and submission of the Certificate of Completion dated 13 May 2023. Debtor received the Court's sua sponte Order on 29 February 2024 and has begun to assemble the information requested for and will promptly respond.

2. Debtor's bankruptcy was filed in E. D. Texas. Debtor. A pro se, first-time filer, Debtor mistakenly appeared before the E.D. Texas Court. Upon so learning, Debtor made corrective Motions requesting transfer to Puerto Rico. The E.D. TX Court determined jurisdiction in Puerto Rico was proper in addition to determining that besides transferring the case to San Juan, Puerto Rico, the Court also determined Debtor was qualified as a Debtor under U.S. Bankruptcy Law after conducting a status conference, an evidenciary hearing on 22 August 2023, the Trustee's investigatory findings, the Trustee's 341(a) meeting results, and subsequently Ordered E.D.TX case #23-09113 transferred to the District of Puerto Rico Bankruptcy Court in San Juan on or about 11 September 2023 for final adjudication.

3. Upon arrival in San Juan, case #23-02870 was assigned to Debtor's case and case #23-90112 was retired. The docket history from 11 May 2023 to 11 September 2023 under the piror case number had every entry title changed to "main document", making it impossible for Debtor to identify on Court Listener which initial recording of Form 423B and recording of his Certificate of Compliance appeared.

4. Debtor contacted Credit Card Management Services, Inc., d/b/a debthelper.com, on 29 February 2024. They searched PACER and provided a copy of the E.D. TX date-stamped PACER entry evidencing Debtor's timely filing in E. D. Texas Bankruptcy Court on 2 June 2023.

5. Debtor has no printer access, no scanning access, no PACER access, and was not afforded a level playing field for electronic filing in the E.D.TX (despite a Motion requesting same given the alleged movie companies' lawyers' vexatious practices). Therefore, Debtor paid to mail and FedEx filings into the E.D. TX court.

11. Debtor timely paid and completed the preliminary credit counseling course on 13 May 2023, received a Certificate of Completion on 13 May 2023, and mailed both the Certificate and Form 423B to E.D. TX on 18 May 2023 to the E.D. TX, see mailing receipt in "Exhibit 1".

7. Upon receipt of Debtor's mailing days later, the E.D. TX Clerk was dissatisfied with Debtor's Form 423B because it did not use a "blue ink signature". The Clerk required Debtor to reprint, resign in blue ink, and FedEx a second notice to the E.D.TX Clerk, see "Exhibit 2", FedEx receipt # 817235966290, dated 31 May 2023, to ship a second "blue ink" Form 423B.

8. Attached "Exhibit 3" is the E.D. TX's stamped "received" Certificate of Completion by Debtor listed at Doc. #18 in Puerto Rico Docket, titled "main document".

9. Attached "Exhibit 4" is Doc. #19, titled in Puerto Rico's docket as "main document", Debtor's second submission to the E.D. TX court of Form 423B, this time with a "blue ink" signature.

10. Debtor spoke with the E.D. of Texas Bankruptcy Court Clerk's office on 28 February 2023, who stated that, due to the transfer of the case, the E.D. Texas Clerk's Office made no notices to Debtor regarding subsequent counseling course requirements since all notice timelines were subsequently the responsibility of the District of Puerto Rico Bankruptcy Court Clerk.

11. The District of Puerto Rico Bankruptcy Court Docket does not include, as best as Debtor can ascertain without PACER access, any notice(s) to requiring Debtor compete a second credit counseling component prior to discharge.

12. Debtor was informed by the E.D. TX Court Clerk and credit counseling company that the second portion was only required to be completed "pending discharge".

13. Nonetheless, in order to comply and cooperate with the Court's Order, Debtor completed the second portion of the credit counseling course 28 February 2024, received his Certificate of Completion the same day, completed a second Form 423B the same day, and submitted both documents via the District of Puerto Rico's portal at approximately 20:00 AST.

RESPECTFULLY SUBMITTED.

## CERTIFICATE OF SERVICE

The undersigned states that the Claim herein was served upon the parties/entities named above by way of the Court's CM/ECF system on the date below subsequent to its portal delivery to the Court's physical location in Old San Juan, Puerto Rico as of the date indicated below

29 February 2024
Respectfully submitted,

*/s/ Charles Muszynski*
Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

# EXHIBIT 1

**DEBTOR'S CASE  #23-02870**

**MAILING RECEIPT 18 MAY 2023**

# RECEIPT

No. _____ DATE 18/05/2023

**60**

RECEIVED FROM Charles Muszynski

THE SUM OF Twenty One dollars Sixty cents

| CHEQUE | | |
|---|---|---|
| CASH | 21 | 60 |
| DISCOUNT | | |

*Post Office stamp: MAY 18 2023, CHARLESTOWN, NEVIS, W.I.*

WITH THANKS

# FedEx Express — International Air Waybill

**Sender's Copy**

For FedEx services worldwide. Packages up to 150 lbs. (68 kg), excluding dangerous goods. Not all services and options are available to all destinations.

## 1 From (Please print and press hard.)

- **Date:** 05/30/23
- **Sender's FedEx Account Number:** SENDER'S FEDEX ACCOUNT NUMBER ONLY
- **Sender's Name:** CHARLES MUSZYNSKI
- **Phone:** 424-333-0569
- **Company:**
- **Address:** CHURCH GROUND
- **City:** CHARLESTOWN
- **State/Province:** NEVIS
- **Country/Territory:** ST. KITTS & NEVIS
- **ZIP/Postal Code:**
- **Email Address:** USFILEFOLDER@PROTONMAIL.COM
- **Internal Billing Reference:** FIRST 24 CHARACTERS WILL APPEAR ON INVOICE

## 2 To

- [ ] Residential Delivery
- **Recipient's Name:** SHANNON BRITTEN
- **Phone:** 409-654-7070
- **Company:** US BK COURT
- **Address:** 300 WILLOW STREET
- **Address:** SUITE 100
- **City:** BEAUMONT
- **State/Province:** TEXAS
- **Country/Territory:** USA
- **ZIP/Postal Code:** 77701
- **Email Address:**
- **Recipient's Tax ID Number for Customs Purposes:** GST/RFC/VAT/IN/EIN/ABN/TIN, OR AS LOCALLY REQUIRED

## 3 Shipment Information

- **Total Packages:** 1
- **Total Weight:** 0.5 lbs [x] / kg [ ]
- **DIM:** L X W X H  in/cm

| Commodity Description DETAIL REQUIRED. PRINT IN ENGLISH. | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Document | | NEV | NCV |

## 4 Express Package Service

- [ ] FedEx Intl. First
- [x] FedEx Intl. Priority Express — Delivery by noon to select locations.
- [ ] FedEx Intl. Priority — Delivery by end of day.
- [ ] FedEx Intl. Economy

**FedEx Tracking Number:** 8172 3596 6290  **Form ID No.** 0402

## 5 Packaging

- [x] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] FedEx 10kg Box
- [ ] FedEx 25kg Box
- [ ] Other

## 6 Special Handling and Delivery Signature Options

- [ ] Hold at FedEx Location
- [ ] Saturday Delivery
- [ ] Direct Signature
- [ ] Indirect Signature

## 7 Payment

**Bill transportation charges to:**
- [ ] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [x] Cash/Check/Cheque

FedEx Use Only: $113.50  ECD

**Bill duties and taxes to:**
- [ ] Sender
- [x] Recipient
- [ ] Third Party

## 8 Required Signature

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw or Montreal Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.

**Sender's Signature:** [signature]

710

For questions or to ship and track packages, go to fedex.com.
Or in the U.S. call 1.800.GoFedEx 1.800.463.3339.
Terms and conditions of service may vary from country to country.

# EXHIBIT 2

**DEBTOR'S CASE #23-02870**

**FEDEX RECEIPT 31 MAY 2023**

# RECEIPT

No. _____ DATE 18/05/2023

RECEIVED FROM Charles Muszynski

THE SUM OF Twenty One dollars Sixty cents

| | |
|---|---|
| CHEQUE | |
| CASH | 21 | 60 |
| DISCOUNT | | |

*POST OFFICE — MAY 18 2023 — CHARLESTOWN, NEVIS, W.I.*

WITH THANKS

60

**FedEx Express — International Air Waybill** — Sender's Copy

**1 From**

- Date: 05/30/23
- Sender's Name: CHARLES MUSZYNSKI
- Phone: 424-333-0569
- Address: CHURCH GROUND
- City: CHARLESTOWN
- State/Province: NEVIS
- Country/Territory: ST. KITTS & NEVIS
- Email Address: USFILEFOLDER@PROTONMAIL.COM

**2 To**

- Recipient's Name: SHANNON BRITTEN
- Phone: 409-654-7070
- Company: US BK COURT
- Address: 300 WILLOW STREET
- Address: SUITE 100
- City: BEAUMONT
- State/Province: TEXAS
- Country/Territory: USA
- ZIP/Postal Code: 77701

**3 Shipment Information**

- Total Packages: 1
- Total Weight: 0.5 lbs

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Document | | NEV | NCV |

**FedEx Tracking Number:** 8172 3596 6290  Form ID No. 0402

**4 Express Package Service:** ☑ FedEx Intl. Priority Express

**5 Packaging:** ☑ FedEx Envelope

**7 Payment:** ☑ Cash/Check/Cheque — $113.50 ECD

**Bill duties and taxes to:** ☑ Recipient

**8 Required Signature** — Sender's Signature: [signature]

710

# EXHIBIT 3

**DEBTOR'S CASE #23-02870**

**DOC. #18, DATED 13 MAY 2023**

**<u>CERTIFICATE OF COMPLETION OF CREDIT COUNSELING</u>**

```
         FILED
   U.S. BANKRUPTCY COURT
   EASTERN DISTRICT OF TX

   2023 JUN -2 PM 1:11

   CLERK, U.S. BANKRUPTCY
            COURT

   BY_____DEPUTY
```

Certificate Number: 03621-TXE-CC-037426385



03621-TXE-CC-037426385

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 13, 2023</u>, at <u>11:26</u> o'clock <u>AM EDT</u>, <u>Charles Muszynski</u> received from <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>May 13, 2023</u>      By:   <u>/s/Nicola ButtsWimpel</u>

                              Name: <u>Nicola ButtsWimpel</u>

                              Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

# EXHIBIT 4

**DEBTOR'S CASE #23-02870**

**DOC. #19, DATED 13 MAY 2023**

**FORM 423 B FOR CERTIFICATE OF COMPLETION OF CREDIT COUNSELING**

Fill in this information to identify the case:

Debtor 1   Charles Alexander Muszynski
           First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of Texas

Case number  23-90112
(if known)

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TX

2023 JUN -2 PM 1:11

CLERK, U.S. BANKRUPTCY COURT

BY_____DEPUTY

## Official Form 423
## Certification About a Financial Management Course
12/15

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1: Tell the Court About the Required Course

You must check one:

☑ I completed an approved course in personal financial management:

Date I took the course   05/13/2023
                         MM / DD / YYYY

Name of approved provider   Credit Card Management Services, Inc., Debthelper.com

Certificate number   03621-TXE-CC-037426385

☐ I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on (check one):

☐ Incapacity. I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ Disability. My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ Active duty. I am currently on active military duty in a military combat zone.

☐ Residence. I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

_/s/ Charles Muszynski_              Charles Alexander Muszynski        Date 05/13/2023
Signature of debtor named on certificate   Printed name of debtor              MM / DD / YYYY

Official Form 423              Certification About a Financial Management Course