# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

―――――――――――――――

**BAP NO. PR 24-011**

―――――――――――――――

**Bankruptcy Case No. 23-02870-MCF**

―――――――――――――――

**CHARLES MUSZYNSKI,**
Debtor.

―――――――――――――――

**CHARLES MUSZYNSKI,**
Appellant,

v.

**MILLENNIUM FUNDING, INC.,** on behalf of itself and as
successor in interest to LF2 Productions, Inc.; **VOLTAGE HOLDINGS, LLC;**
**AMBI DISTRIBUTION CORP.,** on behalf of itself and as successor in interest to
Paradox Studios, Rupture CAL, Inc., FSMQ Film, LLC, and FW Productions, LLC;
**HANNIBAL MEDIA, INC.,** on behalf of itself and as successor in interest to
I Am Wrath Production, Inc. and Justice Everywhere Productions LLC;
**AFTER PRODUCTIONS, LLC; AFTER II MOVIE, LLC;**
**MORGAN CREEK PRODUCTIONS, INC.;**
**VOLTAGE PICTURES, LLC,** as successor in interest to Bedeviled LLC;
**MILLENNIUM MEDIA, INC.; COLOSSAL MOVIE PRODUCTIONS, LLC;**
**YAR PRODUCTIONS, INC.; MILLENNIUM IP, INC.;**
**KILLING LINK DISTRIBUTION, LLC; BADHOUSE STUDIOS, LLC;**
**LHF PRODUCTIONS, INC.; VENICE PI, LLC; RAMBO V PRODUCTIONS, INC.;**
**MON, LLC; SF FILM, LLC; SPEED KILLS PRODUCTIONS, INC.;**
**NIKOLA PRODUCTIONS, INC.; WONDER ONE, LLC;**
**BODYGUARD PRODUCTIONS, INC.; OUTPOST PRODUCTIONS, INC.;**
**GLACIER FILMS I, LLC; DEFINITION DELAWARE LLC;**
**HANNIBAL CLASSICS, INC.; DALLAS BUYERS CLUB, LLC;**
**STATE OF THE UNION DISTRIBUTION AND COLLECTIONS, LLC;**
**SCREEN MEDIA VENTURES, LLC; 42 VENTURES, LLC;**
and
**ROBERTO ROMAN VALENTIN, Chapter 7 Trustee,**
Appellees.

―――――――――――――――

# JUDGMENT

This cause came to be heard on appeal from the United States Bankruptcy Court for the District of Puerto Rico. Upon consideration thereof, and in accordance with the Opinion entered of even date, it is hereby **ORDERED AND ADJUDGED** that the bankruptcy court's May 21, 2024 order dismissing Charles Muszynski's chapter 7 bankruptcy case is **AFFIRMED**.

FOR THE PANEL:

Dated: March 7, 2025  By:  /s/ Leslie C. Storm
Leslie C. Storm, Clerk

cc:
By email: Hon. Mildred Cabán; and Charles Muszynski;
By CM/ECF: Clerk, U.S. Bankruptcy Court, District of Puerto Rico; and Kerry Culpepper, Esq.; Roberto Roman-Valentin, Esq.; Monsita Lecaroz Arribas, Esq.

2